IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **CURTIS M. PARKS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil No. 7:09-CV-0075-O |
| § | ECF |
| **COUNTY OF LOS ANGELES CHILD** § | |
| **SUPPORT SERVICES DIVISION,** et al, § | |
| § | |
| **Defendant.** § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. # 7) and Plaintiff's Response thereto (Doc. # 8), and in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  It is therefore ORDERED that Plaintiff's Motion to Appoint Counsel (Doc. # 5) is DENIED.  It is FURTHER ORDERED that Plaintiff shall be allowed 30 (thirty) days to file an Amended Complaint which sufficiently states a cognizable cause of action.

SO ORDERED this 22nd  day of July, 2009.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**